83 A.3d 411

COMMONWEALTH of Pennsylvania, Petitioner

v.

Anthony ARMSTRONG, Respondent.

Supreme Court of Pennsylvania.

Jan. 8, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of January, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Does 42 Pa.C.S.A. Section 9714(a)(2) require prior sentencing as a second strike offender to invoke the third-strike sentencing provision?